# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

**1134 York Road, Suite 101**　　　　APPLICATION AND AFFIDAVIT
**Lutherville, Maryland**　　　　　　　FOR SEARCH WARRANT

CASE NUMBER: **12 2412 PWG**

I, Brian Stine, being duly sworn depose and say: I'm <u>a Special Agent assigned to the Drug Enforcement Administration,</u> respectively and have reason to believe that on the person of or on the property or premises known as (name, description and or location)

1134 York Road, Suite 101, Lutherville, Maryland, the business address for HEALTHY LIFE MEDICAL GROUP, which is an off-white three story commercial building with white trim. The main door of the clinic is brown and located on the bottom front. The Healthy Life Medical Group is marked with "HLMG Suite 101" outside of the same.

in the District of Maryland, there is now concealed a certain person or property, namely (describe the person or property to be seized)

See Attachments A, B and C to the attached and incorporated affidavit of SA Brian Stine dated May 15, 2012.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

See the attached affidavit of SA Brian Stine, dated May 15, 2012

in violation of Title <u>21</u> United States Code, Section <u>846.</u> The facts to support a finding of Probable Cause are as follows:

SEE AFFIDAVIT

　　　　　　　　　　　　　　　　　　#1
　　　　　　　　　　　　　　　　　　#2
　　　　　　　　　　　Signatures of Affiant

Sworn to before me, and subscribed in my presence

__5/15/2012__　　　　　　　at　　Baltimore, Maryland
Date

　　　　　　　　　　Hon. Paul W. Grimm
　　　　　　　　　　United States Magistrate Judge